UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LAMUEL S. FLOWERS,**

    **Plaintiff,**

                                          Case No. 2:22-cv-2196
                                          Judge Edmund A. Sargus, Jr.
**v.**                                       Magistrate Judge Karen L. Litkovitz

**LISA BARCUS,** *et al.*,

    **Defendants.**

### OPINION AND ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 17, 2022.  (ECF No. 8.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Application is **DENIED** (ECF No. 1) and this case is **DISMISSED** for failure to prosecute.

    The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendants.

    **IT IS SO ORDERED.**


**10/28/2022**                                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**